UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY L. BIBBS,

    Plaintiff,                        Case No. 13-cv-10362
                                         Hon. Matthew F. Leitman

v.

DAVID ALLEN,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION IN LIMINE (ECF #34)**

       Currently before the Court is Defendant's Motion in Limine to Preclude Reference to the In-Car Video System, Including Evidence or Argument That it Was Broken, Disabled, or Otherwise Non-Operational at the Time of the Incident. (ECF #34.)  Having considered the parties' respective briefs (*see* ECF ## 34, 36) and having held oral argument, **IT IS HEREBY ORDERED** that Defendant's Motion in Limine (ECF #34) is **GRANTED** for the reasons stated on the record. The parties shall refrain at trial from referencing or otherwise presenting evidence, testimony, or argument related to any in-car video system.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2014, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (313) 234-5113